RECEIVED
JAN 4 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

07-8C

Plaintiff(s) or Petitioner(s)
Anderson, Larry S.; Arneth, Anthony, Jr.; Clarke, Jeffrey S.; Key, William D.; Kimball, Harold A.;
Severs, Susan D.; Watkins, Christine

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Molly A. Elkin

Firm Name: Woodley & McGillivary

Post Office Box:

Street Address: 1125 15th Street, NW Suite 400

City-State-Zip: Washington, D.C. 20005

Telephone & Facsimile Numbers: 202-833-8855 202-452-1090 (fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes □ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes □ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 3 0 4

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: N A V

See attached sheet for three-digit codes.

Amount Claimed: $ ~~Unknown~~

Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? □ Yes ■ No

If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? □ Yes □ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? □ Yes ■ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.