# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

LARRY S. ANDERSON, et al. )
)
Plaintiffs, )
)
v. )
)
THE UNITED STATES )
)
Defendant. )
)

**Appendix A to Plaintiffs' First Amended Complaint**

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**U.S. Navy—NAWC II**

**REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC**

**Print clearly, or type the following information:**

NAME ANDERSON (Last) LARRY (First) S (Middle) SS# 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

HOME ADDRESS 17 MILL ROAD (Address)

SHAMONG (City) N.J. (State) 08088 (Zip Code)

WORK ADDRESS HWY 547 Bld. 148 (Address)

LAKEHURST (City) N.J. (State) 08733 (Zip Code)

PHONE (home) 609-268-8056 (work) 732-323-2577

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series Pay Grade-Step | Position |
|---|---|---|---|
| 2002 | NAWCADLKE | GS-0895-11-7 | INDUSTRIAL ENGINEERING TECH. |
| 2003 | NAWCADLKE | GS-0895-11-8 | INDUSTRIAL ENGINEERING TECH. |
| 2004 | NAWCADLKE | GS-0895-11-8 | INDUSTRIAL ENGINEERING TECH |
| 2005 | NAWCADLKE | GS-1150-12-04 | INDUSTRIAL SPECIALIST |

SIGNATURE Larry S. Anderson

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**U.S. Navy—NAWC III**

**REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC**

**Print clearly, or type the following information:**

NAME: ARNETH (Last) ANTHONY (First) JR (Middle) SS# 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

HOME ADDRESS: 25 OAKWOOD AVE (Address)
PINE BEACH (City) NJ (State) 08741 (Zip Code)

WORK ADDRESS: RT. 547 (Address)
LAKEHURST (City) NJ (State) 08733 (Zip Code)

PHONE (home) 732-818-9424 (work) 732-323-4375

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | NAVAIR LKH (NAWC) | GS-802 | 12 07 | ENG. TECH |
| 2004 | NAVAIR LKH (NAWC) | GS-802 | 12 07 | ENG. TECH |
| 2005 | NAVAIR LKH (NAWC) | GS-802 | 12 07 | ENG. TECH |
| 2006 | NAVAIR LKH (NAWC) | GS-802 | 12 08 | ENG. TECH |

SIGNATURE Anthony Arneth Jr

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**U.S. Navy—NAWC III**

**REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC**

**Print clearly, or type the following information:**

NAME CLARKE (Last) JEFFREY (First) S (Middle) SS# 153-58-621

HOME ADDRESS 2348 HUCKLEBERRY RD (Address)
MANCHESTER (City) NJ (State) 08759 (Zip Code)

WORK ADDRESS NAVAIR, HIGHWAY 547 (Address)
LAKEHURST (City) NJ (State) 08733 (Zip Code)

PHONE (home) 732-657-2720 (work) 732.323-1944

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | NAVAIR | 0802 | GS-12-8 | |
| 2004 | NAVAIR | 0802 | GS-12-8 | |
| 2005 | NAVAIR | 0802 | GS-12-9 | |
| 2006 | NAVAIR | 0802 | GS-12-9 | |

SIGNATURE Jeff Clarke

Continue on Reverse

## REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

Print clearly, or type the following information:

NAME Herbert (Last) Harry (First) E. (Middle) SS# 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

HOME ADDRESS 56 Imlaystown Hightstown Road (Address)

Allentown (City) NJ (State) 08501 (Zip Code)

WORK ADDRESS NWCAD PTMD Route 547 (Address)

LAKEHurst (City) NJ (State) 08733 (Zip Code)

PHONE (home) (609) 259-3541 (work) (732) 323-2733

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | Naval Air Warfare Center PTMD | GS1150-12 | (STEP 4) | Industrial Specialist |
| 2004 | NAWC PTMD | GS1150-12 | (STEP 4) | Industrial Specialist |
| 2005 | NAWC PTMD | GS1150-12 | (STEP 5) | Industrial Specialist |
| 2006 | NAWC PTMD | GS-1150-12 | (STEP 6) | Industrial Specialist |

SIGNATURE [signature]

Continue on Reverse

# REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND
## PROPOSED RETAINER AGREEMENT
U.S. Navy—NAWC III

## REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

**Print** clearly, or type the following information:

NAME KEY (Last) WILLIAM (First) DOUGLAS (Middle) SS# 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

HOME ADDRESS 712 NEW HAMPSHIRE AVE (Address)

LAKEWOOD (City) NJ (State) 08701 (Zip Code)

WORK ADDRESS NAWC RT 547 (Address)

LAKEHURST (City) NJ (State) 08733 (Zip Code)

PHONE (home) 732-370-3147 (work) 732-323-7715

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | NAWC | 802 | GS-12/7 to /8 on 4-16-03 | Eng Tech |
| 2004 | NAWC | 802 | GS-12/8 | Eng Tech |
| 2005 | NAWC | 802 | GS 12/8 | Eng Tech |
| 2006 | NAWC | 802 | GS-12/9 to /9 on 4-16-06 | Eng Tech |

SIGNATURE [signature]

Continue on Reverse

# REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND PROPOSED RETAINER AGREEMENT
## U.S. Navy—NAWC III

## REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

**Print clearly, or type the following information:**

NAME KIMBALL (Last) HAROLD (First) ALBERT (Middle) SS# 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

HOME ADDRESS 54 MANOR DR (Address)

MANAHAWKIN (City) NJ (State) 08050 (Zip Code)

WORK ADDRESS NAVAIR RT 547 (Address)

LAKEHURST (City) NJ (State) 08733 (Zip Code)

PHONE (home) 609-978-9988 (work) 732-323 7139

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | NAVAIR LAKEHURST | GS802 | 12/10 | MECHANICAL ENGINEERING TECHNICIAN |
| 2004 | NAVAIR LAKEHURST | GS802 | 12/10 | MECHANICAL ENGINEERING TECHNICIAN |
| 2005 | NAVAIR LAKEHURST | GS802 | 12/10 | MECHANICAL ENGINEERING TECHNICIAN |
| 2006 | NAVAIR LAKEHURST | GS802 | 12/10 | MECHANICAL ENGINEERING TECHNICIAN |

SIGNATURE Harold A Kimball

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**U.S. Navy—NAWC III**

**REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC**

**Print clearly, or type the following information:**

NAME Severs (Last) Susan (First) Dale (Middle) SS# 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

HOME ADDRESS 51 Mark Twain Dr. (Address)

Hamilton Sq. (City) NJ (State) 08690-2150 (Zip Code)

WORK ADDRESS Rt. 547, Bldg. 562-2 (Address)

Lakehurst (City) NJ (State) 08733 (Zip Code)

PHONE (home) 609-587-0130 (work) 732-323-1201
732-674-4571 (cell

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | Naval Air Warfare Ctr. | GS-802 | 12-5 | Engineering Tech. |
| 2004 | Naval Air Warfare Ctr. | GS-802 | 12-6 | Engineering Tech. |
| 2005 | Naval Air Warfare Ctr. | GS-802 | 12-7 | Engineering Tech. |
| 2006 | Naval Air Warfare Ctr. | GS-802 | 12-7 | Engineering Tech. |

SIGNATURE Susan D. Severs

**Continue on Reverse**

**REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC**

**Print clearly, or type the following information:**

NAME Strauss, Lyle S. SS# 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
Last First Middle

HOME ADDRESS 1913 Parkside Drive
Address

Forked River, NJ 08731-3912
City State Zip Code

WORK ADDRESS NAES, RT 547 (Building 148)
Address

Lakehurst, NJ 08733
City State Zip Code

PHONE (home) 609-971-7965 (work) 732-323-2995

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | NAES Lakehurst | 1150 | GS 12, Step 5 | Industrial Specialist |
| 2004 | ↕ | ↕ | ↕ 5, | ↕ |
| 2005 | ↕ | ↕ | ↕ 6, | ↕ |
| 2006 | NAES Lakehurst | 1150 | GS 12, Step 6 | Industrial Specialist |

SIGNATURE Lyle Strauss

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**U.S. Navy—NAWC III**

**REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC**

**Print clearly, or type the following information:**

NAME Watkins (Last) Christine (First) (Middle) SS# 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

HOME ADDRESS 35 Mapletree Rd. (Address)
Toms River (City) NJ (State) 08753 (Zip Code)

WORK ADDRESS NAWCADLKE Rt 547 Bldg 562-2 (Address)
Lakehurst (City) NJ (State) 08733 (Zip Code)

PHONE (home) 732-341-6707 (work) 732-323-2791

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | NAWCAD Lakehurst | 0802 | 10-4 | Engineering Te |
| 2004 | NAWCAD LKE | 0802 | 11-3 | Engineering Tech |
| 2005 | NAWCAD LKE | 0802 | 11-4 | Engineering Tec |
| 2006 | NAWCAD LKE | 0802 | 11-4 | Engineering Tec |

SIGNATURE Christine Watkins

**Continue on Reverse**

**REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC**

**Print clearly, or type the following information:**

NAME: YANEY (Last) Chauncey (First) R (Middle) SS# [illegible]

HOME ADDRESS: PO BOX 27 (Address)
Jacksonville (City) NC (State) 28541 (Zip Code)

WORK ADDRESS: RT 547 Bldg 562 (Address)
Lakehurst (City) NJ (State) 08733 (Zip Code)

PHONE (home) 910-389 4647 (work) 910 449 5206

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | NAWC | GS-802 | 11 STEP 9 | ENGINEERING |
| 2004 | NAWC | GS-802 | 12 STEP 5 | ENGINEERING |
| 2005 | NAWC | GS-802 | 12 STEP 5 | ENGINEERING |
| 2006 | NAWC | GS-802 | 12 STEP 6 | ENGINEERING |

SIGNATURE Chauncey R Yaney

Continue on Reverse

**REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC**

**Print clearly, or type the following information:**

NAME Yereance (Last) Michael (First) Alan (Middle) SS# 020 48 3336

HOME ADDRESS 2024 8th Ave. (Address)

Toms River (City) NJ (State) 08757 (Zip Code)

WORK ADDRESS NAVAL AIR ENGINEERING STATION Highway 547 (Address)

Lakehurst (City) NJ (State) 08733 (Zip Code)

PHONE (home) 732-349-5480 (work) 732-323-4013

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | SAME AS above | GS-9 | 10 | Production Controller |
| 2003 | SAME AS above | GS-9 | 10 | Production Controller |
| 2004 | SAME AS above | GS-9 | 10 | Production Controller |
| 2005 | SAME AS above | GS-11 | 5 | INDUSTRIAL Speciliist |

SIGNATURE Michael A Yereance

**Continue on Reverse**