IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LARRY S. ANDERSON, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | 1:07-cv-08-MBH<br>(Judge Horn) |

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND COMPLAINT**

In accordance with Rule 15(a) of the Rules of the United States Court of Federal Claims, plaintiffs respectfully submit this motion to file their Second Amended Complaint. The reasons supporting plaintiffs' motion are set forth below:

1. Plaintiffs brought this action as a collective action in accordance with 29 U.S.C. § 216(b) of the Fair Labor Standards Act ("FLSA") on behalf of themselves and all others similarly situated against the defendant because of defendant's unlawful deprivation of plaintiffs' rights to overtime compensation.

2. Plaintiffs seek to amend their complaint to add three plaintiffs. The new plaintiffs are Donald W. Dempsey, Jackie T. Norlin, Leonard J. Van Houten. They are similarly situated to the original plaintiffs in that they are current employees of the United States Navy, employed by the Naval Air Warfare Center working in technical and related occupations in positions classified at the GS-12 and below grade level.

3. To participate in this action, similarly situated employees must "opt-in" by filing a written consent to participate in this lawsuit. FLSA, 29 U.S.C. § 216(b).

4. The addition of the three plaintiffs will not interfere with nor delay any of the deadlines in this case, as the defendant has not yet filed an Answer.

5. Plaintiffs' counsel has consulted with defendant's counsel and defendant's counsel does not oppose this motion.

6. Plaintiffs' Second Amended Complaint is attached hereto. The only modification to the complaint is the addition of the plaintiffs identified in paragraph 2 above. Their Consent to Sue forms are filed with Plaintiffs' Second Amended Complaint.

Respectfully submitted,

Dated: January 29, 2007

/s/ Molly A. Elkin

Molly A. Elkin
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855

Attorney of Record

CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Plaintiffs' Motion to File Second Amended Complaint was served electronically on the following counsel of record on this 29th day of January of 2007:

Robert C. Bigler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street NW
Washington, D.C. 20530

/s/Molly A. Elkin______
Molly A. Elkin