IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LARRY S. ANDERSON, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 1:07-cv-08-MBH |
| | ) (Judge Horn) |
| | ) |
| THE UNITED STATES | ) |
| | ) |
| Defendant. | ) |
| | ) |

**Appendix A to Plaintiffs' Second Amended Complaint**

## REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

**Print clearly, or type the following information:**

NAME: DEMPSEY (Last) DONALD (First) W (Middle) SS# 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

HOME ADDRESS: 1117 seashell Ave (Address)
Manahawkin (City) NJ (State) 08050 (Zip Code)

WORK ADDRESS: NAWC / NAVAIR RT 547 (Address)
Lakehurst (City) NJ (State) (Zip Code)

PHONE (home) 609-597-5284 (work) 732-323-1444

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | NAVAIR | GS-11 | /7 | IND ENG Tech |
| 2004 | NAVAIR | GS-11 | /8 | IND ENG Tech |
| 2005 | NAVAIR | GS 12 | /4 | Industrial Specialist |
| 2006 | NAVAIR | GS-12- | /4 | Industrial Specialist |

SIGNATURE ______________________

**Continue on Reverse**

## REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

**Print** clearly, or type the following information:

NAME NORLIN JACKIE T SS# 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
Last First Middle

HOME ADDRESS 314 MAPLE ST
Address
LAKEhurst NJ, 08733
City State Zip Code

WORK ADDRESS NAWCLAKEhurst
Address
LAKEhurst NJ 08733
City State Zip Code

PHONE (home) (732) 657-9333 (work) (732) 323-5217

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | NAWC | 1150 | GS 12/3 | IND. SPEC |
| 2004 | NAWC | 1150 | GS 12/4 | IND. SPEC |
| 2005 | NAWC | 1150 | GS 12/4 | IND. SPEC |
| 2006 | NAWC | 1150 | GS 12/5 | IND. SPEC |

SIGNATURE Jackie T Norlin

Continue on Reverse

## REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

Print clearly, or type the following information:

NAME VAN HOUTEN LEONARD J SS# 639 40 2702
Last First Middle

HOME ADDRESS 184 GARFIELD AVE (P.O. BOX 29)
Address

ISLAND HTS NJ 08732
City State Zip Code

WORK ADDRESS NAWC LAKEHURST
Address

LAKEHURST NJ 08733
City Stat

PHONE (home) (732 929 1244 (work) (732 323 5062

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | NAWC | 1152 | GS 9-10 | PRODUCTION CONTROLLER |
| 2004 | NAWC | 1152 | GS 9-10 | PRODUCTION CONTROLLER |
| 2005 | NAWC | 1150 | GS 11-5 | INDUSTRIAL SPECIALIST |
| 2006 | NAWC | 1150 | GS 11-5 | INDUSTRIAL SPECIALIST |

SIGNATURE Leonard Van Houten

Continue on Reverse