# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**LARRY S. ANDERSON, et al.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-0008C**
**Filed: February 9, 2007**

## O R D E R

The court is in receipt of the plaintiff's January 29, 2007 motion to amend the complaint in the above-captioned case. The original complaint was filed on January 4, 2007. The first amended complaint was filed on January 17, 2007. The pending motion proposes a second amended complaint. In order to discuss the plaintiff's motion to amend the complaint, and the addition of plaintiffs to this case, the court **SCHEDULES** a status conference for **Thursday, February 22, 2007, at 2:30 p.m.** The parties may appear by telephone. Unless otherwise notified, defendant's counsel will be reached at (202) 307-0315, and plaintiff's counsel will be reached at (202) 833-8855.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**