# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **LARRY S. ANDERSON, et al.,** | * |
| **Plaintiff,** | * |
| **v.** | * **No. 07-0008C** |
| **UNITED STATES,** | * **Filed: February 16, 2007** |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

Plaintiff has advised chambers personnel of a conflict with respect to the status conference scheduled for February 22, 2007. As discussed with the parties, the court **RESCHEDULES** the status conference for **Friday, March 2, 2007, at 3:30 p.m.** The parties may appear by telephone. Unless otherwise notified, defendant's counsel will be reached at (202) 307-0315, and plaintiff's counsel will be reached at (202) 833-8855. The parties shall be prepared to discuss the pending January 29, 2007 motion proposing a second amended complaint, and any other pertinent matters.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**