IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LARRY S. ANDERSON, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | 1:07-cv-08-MBH<br>(Judge Horn) |

**NOTICE OF FILING OF PLAINTIFF SPREADSHEET**

In accordance with the parties' March 2, 2007 conference call with the Court, plaintiffs respectfully submit the attached spreadsheet showing each plaintiff's name, position, and grade level.

Respectfully submitted,

Dated: March 2, 2007

/s/ Molly A. Elkin

Molly A. Elkin
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855

Attorney of Record

CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Notice of Filing of Plaintiff Spreadsheet was served electronically on the following counsel of record on this 2nd day of March 2007:

Robert C. Bigler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street NW
Washington, D.C. 20530

/s/Molly A. Elkin
Molly A. Elkin

ANDERSON, et al. v The United States
1:07-cv-08-MBH
(Judge Horn)

| # | GS LEVEL | POSITION | Last Name | First Name | Court File Date |
|---|---|---|---|---|---|
| 1 | 856-11 | ELECTRONICS TECH | Rawlins | William | 03/02/07 |
| 2 | 802-12 | ENGINEERING TECH | Arneth | Anthony | 01/04/07 |
| 3 | 802-12 | ENGINEERING TECH | Clarke | Jeffrey | 01/04/07 |
| 4 | 802-12 | ENGINEERING TECH | Key | William | 01/04/07 |
| 5 | 802-12 | ENGINEERING TECH | Kimball | Harold | 01/04/07 |
| 6 | 802-12 | ENGINEERING TECH | Pancza | Lawrence | 03/02/07 |
| 7 | 802-12 | ENGINEERING TECH | Severs | Susan | 01/04/07 |
| 8 | 802-12 | ENGINEERING TECH | Watkins | Christine | 01/04/07 |
| 9 | 802-12 | ENGINEERING TECH | Yaney | Chauncey | 01/17/07 |
| 10 | 1150-11 | INDUSTRIAL SPECIALIST | Van Houten | Leonard | 01/29/07 |
| 11 | 1150-11 | INDUSTRIAL SPECIALIST | Yereance | Michael | 01/17/07 |
| 12 | 1150-12 | INDUSTRIAL SPECIALIST | Anderson | Larry | 01/04/07 |
| 13 | 1150-12 | INDUSTRIAL SPECIALIST | Dempsey | Donald | 01/29/07 |
| 14 | 1150-12 | INDUSTRIAL SPECIALIST | Herbert | Harry | 01/17/07 |
| 15 | 1150-12 | INDUSTRIAL SPECIALIST | Norlin | Jackie | 01/29/07 |
| 16 | 1150-12 | INDUSTRIAL SPECIALIST | Strauss | Lyle | 01/17/07 |