IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LARRY S. ANDERSON, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 1:07-cv-08-MBH |
| | ) (Judge Horn) |
| | ) |
| THE UNITED STATES | ) |
| | ) |
| Defendant. | ) |
| | ) |

**Appendix A to Plaintiffs' Third Amended Complaint**

REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

**Print clearly, or type the following information:**

NAME Rawlins William J. SS# 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
Last First Middle

HOME ADDRESS 49-14 STREET
Address

Toms River N.J. 08753-2427
City State Zip Code

WORK ADDRESS NAWCAD 547 HWY
Address

LAKEHURST NJ. 08733
City State Zip Code

PHONE (home) 732-255-1578 (work) 732-323-5052

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | NAWCAD LAKEHURST | GS-856- | GS-10-5 | ELECTRONIC TECH |
| 2004 | NAWCAD LAKEHURST | GS-856 | GS-11-6 | ELECTRONIC TECH |
| 2005 | NAWCAD LAKEHURST | GS-856 | GS-11-6 | ELECTRONIC TECH |
| 2006 | NAWCAD LAKEHURST | GS-856 | GS-11-7 | ELECTRONIC TECH |

SIGNATURE Wm J Rawlins

REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

int clearly, or type the following information:

AME PANCZA LAWRENCE - NMN - SS# 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
Last First Middle

OME ADDRESS 119 OAKWOOD PLACE
Address

FORKED RIVER NJ 08731-4606
City State Zip Code

RK ADDRESS NAVAL AIR WARFARE CENTER - AIRCRAFT DIV (NAWCAD)
Address Highway 547, Code 4.8.6.1 0 B562-2
LAKEHURST NJ 08733-5090
City State Zip Code

NE (home) 609 242-8372 (work) 732 323-4253

LOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|
| NAWCAD | 802 | GS-12/07 | MECH ENG TECH |
| NAWCAD | 802 | GS-12/08 | MECH ENG TECH |
| NAWCAD | 802 | GS-12/08 | MECH ENG TECH |
| NAWCAD | 802 | GS-12/09 | MECH ENG TECH |

ATURE Lawrence Pancza