# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **LARRY S. ANDERSON, et al.,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | * | **No. 07-0008C**<br>**Filed: March 5, 2007** |

**O R D E R**

The court held a status conference in the above-captioned case on March 2, 2007, with the parties appearing by telephone. Plaintiffs' January 29, 2007, unopposed motion to amend the complaint is **GRANTED**. The clerk's office shall **FILE** the plaintiffs' second amended complaint, submitted electronically on January 29, 2007. Furthermore, as discussed at the March 2, 2007 conference, the clerk's office shall **FILE** the plaintiffs' third amended complaint, submitted electronically on March 2, 2007. Defendant filed a March 1, 2007, unopposed motion for an enlargement of time of 15 days, to and including March 20, 2007, within which to file a response to the plaintiffs' complaint. As discussed at the March 2, 2007 conference, defendant shall not file an answer until further notice, pending settlement activity, and rendering the defendant's motion for enlargement **MOOT**. On or before **Monday, March 19, 2007**, defendant shall file a status report indicating the settlement possibilities for each of the three categories of technicians in the plaintiffs' spreadsheet, filed on March 2, 2007 by direction of the court, and shall include an estimate of the computation time for those plaintiffs whose claims likely will settle.

Furthermore, the court **SCHEDULES** a status conference for **Wednesday, March 21, 2007, at 11:00 p.m. EDT**. The parties may appear by telephone. Unless otherwise notified, defendant's counsel will be reached at (202) 307-0315, and plaintiff's counsel will be reached at (202) 833-8855. Agency counsel also shall appear for the conference. On or before **Tuesday, March 20, 20007, at 12:00 p.m. EDT**, defendant shall provide the name and telephone number of agency counsel to chambers at (202) 357-6580. The parties shall be prepared to discuss the settlement prospects for each of the three categories of plaintiffs, with a corresponding computational time line, and also shall be prepared to propose how to proceed on those categories or those plaintiffs whose claims are not likely to settle, with a proposed time line.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**