IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LARRY S. ANDERSON, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 1:07-cv-08-MBH |
| v. | ) | |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to the Court's order of March 5, 2007, the defendant files this status report. Plaintiffs allege that they are entitled to backpay for unpaid overtime and other relief under the Fair Labor Standards Act ("FLSA"). Plaintiffs further allege that they are employed by the U.S. Navy at the Naval Air Warfare Center in Lakehurst, New Jersey, in three different technical occupations. The case currently includes one GS-856-11 Electronics Technician, eight GS-802-12 Engineering Technicians and seven GS-1150-11/12 Industrial Specialists.

Both the Electronics Technician and Engineering Technician positions were converted from exempt to non-exempt effective April 30, 2006. As a result, the defendant does not contest liability with respect to the one GS-856-11 Electronics Technician and eight GS-802-12 Engineering Technician plaintiffs. With the exception of the three plaintiffs that were recently added in the amended complaints (Chauncey Yaney, Lawrence Pancza, and William Rawlins), defendant expects to be able to provide plaintiffs' counsel with a spreadsheet stating the amount of backpay owed prior to the status conference on March 21, 2007. Defendant expects to be able to provide backpay calculations for the three remaining technicians within the next four weeks.

With respect to the seven GS-1150-11/12 Industrial Specialists, these positions are currently designated as exempt. The defendant has conducted a preliminary review of the

Industrial Specialist positions at issue and believes that they are correctly designated as exempt.

As a result, defendant plans to contest liability with respect to the Industrial Specialist plaintiffs.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-0315
Fax: (202) 514-8624

March 19, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March 2007, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Robert C. Bigler