IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LARRY S. ANDERSON, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 1:07-cv-08-MBH |
| | ) (Judge Horn) |
| | ) |
| THE UNITED STATES | ) |
| | ) |
| Defendant. | ) |
| | ) |

**Appendix A to Plaintiffs' Fourth Amended Complaint**

**REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC**

**Print clearly, or type the following information:**

NAME BAYNES (Last) ROBERT (First) FRANCIS (Middle) SS# 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

HOME ADDRESS 302 STEPHAN AVENUE (Address)

TOMS RIVER (City) NJ (State) 08753 (Zip Code)

WORK ADDRESS ROUTE #547 (Address)

LAKEHURST, (City) NJ. (State) 08733 (Zip Code)

PHONE (home) 732-864-1310 (work) 732-323-4994

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | NAWC | 0856 | GS10-10 | ELECTRONIC TECHNICIAN |
| 2004 | NAWC | 0856 | GS10-10 | ELECTRONIC TECHNICIAN |
| 2005 | NAWC | 0856 | GS10-10 | ELECTRONIC TECHNICIAN |
| 2006 | NAWC | 0856 | GS11-9 | ELECTRONIC TECHNICIAN |

SIGNATURE Robert F. Baynes

**Continue on Reverse**