IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LARRY S. ANDERSON, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) 1:07-cv-08-MBH |
| | ) (Judge Horn) |
| v. | ) |
| | ) |
| THE UNITED STATES | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF FILING OF AMENDED PLAINTIFF SPREADSHEET**

In accordance with the parties' March 2, 2007 conference call with the Court, plaintiffs respectfully submit the attached amended spreadsheet showing each plaintiff's name, position, and grade level.

Respectfully submitted,

Dated: March 21, 2007

/s/ Molly A. Elkin

Molly A. Elkin
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855

Attorney of Record

CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Notice of Filing of Plaintiff Spreadsheet was served electronically on the following counsel of record on this 21st day of March 2007:

Robert C. Bigler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street NW
Washington, D.C. 20530

/s/Molly A. Elkin______
Molly A. Elkin