ANDERSON, et al. v The United States
1:07-cv-08-MBH
(Judge Horn)

| # | GS LEVEL | POSITION | Last Name | First Name | Court File Date |
|---|---|---|---|---|---|
| 1 | 856-11 | ELECTRONICS TECH | Rawlins | William | 03/02/07 |
| 2 | 856-11 | ELECTRONICS TECH | Baynes | Robert | 03/21/07 |
| | | | | | |
| 3 | 802-12 | ENGINEERING TECH | Arneth | Anthony | 01/04/07 |
| 4 | 802-12 | ENGINEERING TECH | Clarke | Jeffrey | 01/04/07 |
| 5 | 802-12 | ENGINEERING TECH | Key | William | 01/04/07 |
| 6 | 802-12 | ENGINEERING TECH | Kimball | Harold | 01/04/07 |
| 7 | 802-12 | ENGINEERING TECH | Pancza | Lawrence | 03/02/07 |
| 8 | 802-12 | ENGINEERING TECH | Severs | Susan | 01/04/07 |
| 9 | 802-12 | ENGINEERING TECH | Watkins | Christine | 01/04/07 |
| 10 | 802-12 | ENGINEERING TECH | Yaney | Chauncey | 01/17/07 |
| | | | | | |
| 11 | 1150-11 | INDUSTRIAL SPECIALIST | Van Houten | Leonard | 01/29/07 |
| 12 | 1150-11 | INDUSTRIAL SPECIALIST | Yereance | Michael | 01/17/07 |
| 13 | 1150-12 | INDUSTRIAL SPECIALIST | Anderson | Larry | 01/04/07 |
| 14 | 1150-12 | INDUSTRIAL SPECIALIST | Dempsey | Donald | 01/29/07 |
| 15 | 1150-12 | INDUSTRIAL SPECIALIST | Herbert | Harry | 01/17/07 |
| 16 | 1150-12 | INDUSTRIAL SPECIALIST | Norlin | Jackie | 01/29/07 |
| 17 | 1150-12 | INDUSTRIAL SPECIALIST | Strauss | Lyle | 01/17/07 |