# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**LARRY S. ANDERSON, et al.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-0008C**
**Filed: March 22, 2007**

## O R D E R

The court held a status conference in the above-captioned case on March 21, 2007, with the parties appearing by telephone. As discussed at the conference, on or before **Wednesday, April 18, 2007**, the parties shall file a joint status report reflecting progress on the settlement of the claims of the first two groups of plaintiffs, including what remains to be done and a time line; the status of the liquidated damages issue for the first two groups of plaintiffs, including dates of discussions of the issue between the parties; the results of interviews with the third group of plaintiffs, and defendant's resulting posture; and a discussion of any other pertinent matters. Defendant shall not file an answer until further notice, pending a review of group three plaintiffs for settlement possibilities, including discussion of liquidated damages.

Furthermore, the court **SCHEDULES** a status conference for **Friday, April 20, 2007, at 10:30 a.m. EDT**. The parties may appear by telephone. Unless otherwise notified, defendant's counsel will be reached at (202) 307-0315, agency counsel will be reached at (732) 323-2738, and plaintiff's counsel will be reached at (202) 833-8855. The parties shall be prepared to discuss all issues.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**