# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **LARRY S. ANDERSON, et al.,** | |
| **Plaintiff,** | |
| **v.** | **No. 07-0008C**<br>**Filed: April 20, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court held a status conference in the above-captioned case on April 20, 2007, with the parties appearing by telephone. As discussed at the conference, on or before **Monday, May 21, 2007**, the parties shall file a joint status report reflecting progress on the settlement of the claims of the group one plaintiffs (Electronic Technicians) and the group two plaintiffs (Engineering Technicians), including what remains to be done and a time line. As mentioned at the April 20, 2007 status conference, if the claims of some group one or group two plaintiffs are ready for dismissal, the parties should not require those plaintiffs to wait until all claims are resolved, but shall file a joint stipulation of dismissal on those plaintiffs at the time a plaintiff's case is resolved. See RCFC 54(b).

On or before **Thursday, June 21, 2007**, the parties shall file another joint status report, reflecting the defendant's posture on the third group of plaintiffs (Industrial Specialists). If, after the Navy management study is complete and the interviews completed, defendant believes the group three plaintiffs to be nonexempt, the joint status report shall reflect progress on the settlement of the group three claims, including what remains to be done and a time line. If defendant believes group three plaintiffs to be exempt, the joint status report shall propose how to resolve the disputed claims, with a time line. Defendant need not file an answer until further notice, pending the review of group three plaintiffs. The June 21, 2007 joint status report also shall address any remaining actions to be taken in the settlement and dismissal of the group one and group two plaintiffs' claims.

The court **SCHEDULES** a single status conference, after completion of the management study and the interviews, for **Thursday, June 28, 2007, at 10:30 a.m. EDT**. The parties may appear by telephone. Unless otherwise notified, defendant's counsel will be reached at (202) 307-0315, agency counsel will be reached at (732) 683-9053, and plaintiff's counsel will be reached at (202) 833-8855. The parties shall be prepared to address all issues.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**