IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LARRY S. ANDERSON, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 07-0008 |
| v. | ) | |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order of April 20, 2007, the parties file this joint status report. Plaintiffs allege that they are entitled to backpay for unpaid overtime and other relief under the Fair Labor Standards Act ("FLSA"). Plaintiffs further allege that they are employed by the U.S. Navy at the Naval Air Warfare Center in Lakehurst, New Jersey, in three different technical occupations. The case currently includes two GS-856-11 Electronics Technicians, eight GS-802-12 Engineering Technicians, and seven GS-1150-11/12 Industrial Specialists. The Government has conceded liability with respect to the GS-856-11 Electronics Technician and GS-802-12 Engineering Technician plaintiffs. The defendant provided plaintiffs with backpay calculations for all of the Electronics Technician and Engineering Technician plaintiffs prior to the previous status conference held on April 20, 2007.

Since the status conference of April 20, 2007, plaintiffs' counsel sent the backpay calculations to all of the Electronics Technician and Engineering Technician plaintiffs. The backpay calculations provided by the Government are acceptable to all of these plaintiffs. The parties' counsel are drafting a proposed settlement agreement reflecting the terms which they will recommend for settlement of these plaintiffs' claims. Once the proposed settlement

agreement is completed, Government counsel will submit it to the agency and then to the authorized representative of the Attorney General for consideration.

With respect to the seven GS-1150-11/12 Industrial Specialists, the Navy is in the process of completing a management study of the non-plaintiff Industrial Specialist positions at the GS-11 and GS-12 grades. The management study is scheduled to be completed by May 31, 2007.

Respectfully submitted,

s/ Molly A. Elkin
MOLLY A. ELKIN
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
Tele: (202) 833-8855

Attorneys for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-0315
Fax: (202) 514-8624

Attorneys for Defendant

May 21, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Robert C. Bigler