IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LARRY S. ANDERSON, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 07-0008 |
| v. | ) | |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order of April 20, 2007, the parties file this joint status report. Plaintiffs allege that they are entitled to back pay for unpaid overtime and other relief under the Fair Labor Standards Act ("FLSA"). Plaintiffs further allege that they are employed by the U.S. Navy at the Naval Air Warfare Center in Lakehurst, New Jersey, in three different technical occupations. The case currently includes two GS-856-11 Electronics Technicians, eight GS-802-12 Engineering Technicians, and seven GS-1150-11/12 Industrial Specialists. The Government has conceded liability with respect to the GS-856-11 Electronics Technician and GS-802-12 Engineering Technician plaintiffs. The defendant provided plaintiffs with back pay calculations for all of the Electronics Technician and Engineering Technician plaintiffs prior to the previous status conference held on April 20, 2007. The parties filed a Joint Status Report on May 21, 2007, stating that the back pay calculations provided by the Government were acceptable to all of the plaintiffs.

Since the previous Joint Status Report of May 21, 2007, plaintiffs have offered to settle the claims of the Electronics Technician and Engineering Technician plaintiffs. The Government is currently in the process of considering this request and obtaining a formal decision as to whether to accept the settlement offer. The parties are also in the process of

finalizing a settlement agreement in the event that the Government approves plaintiffs' settlement offer.

With respect to the seven Industrial Specialists, the Navy has completed a management study of the non-plaintiff Industrial Specialist positions at the GS-11 and GS-12 grades. The Navy is in the process of considering the study and whether it would be appropriate to reclassify the Industrial Specialist positions as non-exempt. With respect to the GS-12 Industrial Specialist positions, the results of the management study are inconclusive and the parties agree that interviews with the plaintiffs and their supervisors concerning plaintiffs' job duties should be completed. The parties have tentatively scheduled interviews of the plaintiffs for July 12, 2006.

Respectfully submitted,

s/ Molly A. Elkin
MOLLY A. ELKIN
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
Tele: (202) 833-8855

Attorneys for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-0315
Fax: (202) 514-8624

Attorneys for Defendant

June 15, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Robert C. Bigler