# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**LARRY S. ANDERSON, et al.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-0008C**
**Filed: June 18, 2007**

**O R D E R**

The court is in receipt of the parties' June 15, 2007 joint status report in the above-captioned case. The parties are commended for the effort reflected in the status report, and for the clarity and completeness of the status report itself. With the interviews of GS-12 Industrial Specialists occurring after the currently scheduled June 28, 2007 status conference, the court **RESCHEDULES** the conference for **Monday, July 16, 2007, at 10:30 a.m. EDT**. The parties may appear by telephone. Unless otherwise notified, defendant's counsel will be reached at (202) 307-0315, agency counsel will be reached at (732) 683-9053, and plaintiff's counsel will be reached at (202) 833-8855. The parties shall be prepared to address all issues in the case.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**