# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **LARRY S. ANDERSON, et al.,** | |
| **Plaintiff,** | |
| **v.** | **No. 07-0008C**<br>**Filed: July 18, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court held a status conference in the above-captioned case on July 16, 2007, with the parties appearing by telephone. The parties are commended for their cooperative and successful efforts with respect to the job categories of Electronic Technician and Engineering Technician. The court **SCHEDULES** a status conference for **Friday, August 3, 2007, 10:30 a.m. EDT** to discuss the job category of Industrial Specialist. The parties may appear by telephone. Unless otherwise notified, plaintiff's counsel will be reached at (202) 833-8855, defendant's counsel will be reached at (202) 307-0315, and agency counsel will be reached at (732) 323-2738. The parties shall be prepared to address all issues in the case.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**