# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **LARRY S. ANDERSON, et al.,** | |
| **Plaintiff,** | |
| **v.** | **No. 07-0008C**<br>**Filed: August 3, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court held a status conference in the above-captioned case on August 3, 2007, with the parties appearing by telephone. The court continues to commend the parties for their successful settlement efforts in the case. The court **SCHEDULES** another status conference for **Wednesday, October 3, 2007, 10:30 a.m. EDT**, unless the parties have sooner settled the case and filed a joint stipulation of dismissal. In this regard, the parties should not cause all plaintiffs to await the settlement of all claims, but should send in individual or job category dismissals as they are agreed upon and finalized. The parties may appear by telephone for the conference. Unless otherwise notified, plaintiff's counsel will be reached at (202) 833-8855, defendant's counsel will be reached at (202) 307-0315, and agency counsel will be reached at (732) 323-2738. The status conference can only be cancelled by the court, and will only be cancelled if the court has received stipulations of dismissal for all claimants.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**