# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **LARRY S. ANDERSON, et al.,** | |
| **Plaintiff,** | |
| **v.** | **No. 07-008C**<br>**Filed: October 3, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court held a status conference in the above-captioned case on October 3, 2007, with the parties appearing by telephone. As discussed at the conference, the parties shall not wait for the final conclusion of all of the plaintiffs' claims in the case, but shall file joint stipulations of dismissal, by job category, for those claims that previously have been settled, finalized and paid by the agency. For the remaining job category, as to which settlement efforts continue, defendant shall file status reports on or before **Thursday, October 25, 2007** and **Tuesday, November 27, 2007**. The status reports shall include milestones and an associated timeline.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**