IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LARRY S. ANDERSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) 1:07-cv-08-MBH |
| | ) (Judge Horn) |
| v. | ) |
| | ) |
| THE UNITED STATES | ) |
| | ) |
| Defendant. | ) |
| | ) |

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, in accordance with the parties' October 3, 2007 telephonic status conference, and pursuant to the terms of the partial settlement agreement executed by the parties on June 28, 2007, the parties hereby file this notice of dismissal with prejudice of the following "Group 1" plaintiffs who occupy or occupied a GS-856 position:

1. Robert Baynes
2. William Rawlins

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 15th Street, N.W, Suite 400
Washington, D.C. 20005
(202) 833-8855

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-0315
Fax: (202) 514-8624

Attorneys for Plaintiffs

Attorneys for Defendant

Dated: October 10, 2007

Dated: October 10, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October 2007, a copy of the foregoing "STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Robert C. Bigler