# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * <br> **LARRY S. ANDERSON, et al.,** <br> **Plaintiffs,** <br> **v.** <br> **UNITED STATES,** <br> **Defendant.** <br> * * * * * * * * * * * * * * * * * * * * | **No. 07-08C** <br> **Filed: October 17, 2007** |

**O R D E R**

The court is in receipt of the parties' October 11, 2007 joint stipulation of dismissal, with prejudice, of the claims of Robert F. Baynes and William J. Rawlins. These two plaintiffs are currently assigned to the case of Larry S. Anderson, et al. v. United States, No. 07-08C. The claims of the two plaintiffs are hereby **SEVERED** from the case of Larry S. Anderson, et al. v. United States, No. 07-08C, and assigned to the case of Robert F. Baynes and William J. Rawlins v. United States, No. 07-8001C. Pursuant to the joint stipulation of dismissal, the parties' underlying settlement agreement, and Rule 41(a) of the Rules of the United States Court of Federal Claims (RCFC), the claims of Robert F. Baynes and William J. Rawlins are, hereby, **DISMISSED**, with prejudice, with each party to bear its own costs, attorney fees and expenses. Since there is no just reason for delay, the clerk's office shall enter **JUDGMENT** now, consistent with this order, pursuant to RCFC 54(b). The case of Robert F. Baynes and William J. Rawlins v. United States, No. 07-8001C, shall be **CLOSED** after entry of judgment. The case of Larry S. Anderson, et al. v. United States, No. 07-08C, shall remain open.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**