IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LARRY S. ANDERSON, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 07-08-C |
| v. | ) | |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to the Court's order dated October 3, 2007, the defendant files this status report. Plaintiffs allege that they are entitled to backpay for unpaid overtime and other relief under the Fair Labor Standards Act ("FLSA"). Plaintiffs further allege that they are employed by the United States Navy at the Naval Air Warfare Center in Lakehurst, New Jersey, in three different technical occupations. The case originally included two GS-856-11 Electronics Technicians, eight GS-802-12 Engineering Technicians and seven GS-1150-11/12 Industrial Specialists.

With respect to the GS-856-11 Electronics Technician and GS-802-12 Engineering Technician plaintiffs, on October 11, 2007, the parties filed two joint stipulations requesting dismissal of those two categories of plaintiffs. On October 17, 2007, the Court ordered that those plaintiffs be dismissed with prejudice.

With respect to the seven GS-1150-11/12 Industrial Specialists, on October 11, 2007, the Government received a written settlement offer from the Industrial Specialist plaintiffs. Plaintiffs' settlement offer was immediately forwarded to the Navy for its review and recommendation. Once the Department of Justice receives the Navy's recommendation regarding the plaintiffs' offer, undersigned counsel will make a recommendation regarding the

matter to the appropriate deciding official for a decision as to whether the settlement offer should be accepted. If the settlement offer is accepted, the parties will execute a settlement agreement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-0315
Fax: (202) 514-8624

October 25, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October 2007, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Robert C. Bigler