# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **LARRY S. ANDERSON, et al.,** | |
| **Plaintiff,** | |
| **v.** | **No. 07-008C**<br>**Filed: November 21, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the defendant's November 20, 2007 status report, which indicates that a settlement agreement has been executed for the Industrial Specialists plaintiffs' group, but that the parties are awaiting final action and payment by the judgment fund. The parties are commended for their efforts to resolve this last group of claims. Unless a joint stipulation of dismissal is sooner received by the court, defendant shall file a status report on or before **Thursday, December 20, 2007**, and monthly thereafter until final resolution of the case. Unlike the November 20, 2007 status report, future status reports shall include both milestones and an estimated time line for the milestones.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**