# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **LARRY S. ANDERSON, et al.,** | |
| **Plaintiff,** | |
| **v.** | **No. 07-008C** <br> **Filed: December 21, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the defendant's December 21, 2007 status report, which indicates continued, and commendable, progress on the claims of the Industrial Specialists plaintiffs' group. As requested by the defendant, the status report due January 22, 2008, is waived. Monthly reporting shall resume, unless the case is sooner dismissed, on **Wednesday, February 20, 2008**, and monthly thereafter. During the period of unavailability of defendant's attorney of record, defendant shall ensure that alternate government counsel is available to work with plaintiffs' counsel in filing an expeditious joint stipulation of dismissal, should settlement be finalized during the period of unavailability.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**