IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LARRY S. ANDERSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) 1:07-cv-08-MBH |
| | ) (Judge Horn) |
| v. | ) |
| | ) |
| THE UNITED STATES | ) |
| | ) |
| Defendant. | ) |
| | ) |

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, and the terms of the partial settlement agreement executed by the parties on November 9, 2007, the parties hereby file this notice of dismissal with prejudice of the following "Group 3" plaintiffs who occupy or occupied a GS-1150 position:

1. Larry S. Anderson
2. Donald W. Dempsey
3. Harry E. Herbert
4. Jackie T. Norlin
5. Lyle S. Strauss
6. Leonard Van Houten
7. Michael A. Yereance

Dismissal of these remaining plaintiffs will conclude this matter.

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Molly A. Elkin

MOLLY A. ELKIN
Woodley & McGillivary
1125 15th Street, N.W, Suite 400
Washington, D.C. 20005
(202) 833-8855

Attorneys for Plaintiffs

Dated: February 5, 2008

s/ Kirk T. Manhardt

KIRK T. MANHARDT
Assistant Director

s/ Robert C. Bigler

ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-0315
Fax: (202) 514-8624

Attorneys for Defendant

Dated: February 4, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February 2008, a copy of the foregoing "STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Robert C. Bigler