# In the United States Court of Federal Claims

| | |
|---|---|
| LARRY S. ANDERSON, et al., Plaintiffs, v. UNITED STATES, Defendant. | **No. 07-08C**<br>**Filed: February 5, 2008** |

**O R D E R**

The court is in receipt of the parties' February 5, 2008 joint stipulation of dismissal, with prejudice, of the claims of the following seven plaintiffs: Larry S. Anderson, Donald W. Dempsey, Harry E. Herbert, Jackie T. Norlin, Lyle S. Strauss, Leonard Van Houten, and Michael A. Yereance. The parties are commended for their cooperation and professionalism, and their successful settlement of this case. Pursuant to the joint stipulation of dismissal, the parties' underlying settlement agreement, and Rule 41(a) of the Rules of the United States Court of Federal Claims (RCFC), the claims of the above-named seven plaintiffs are, hereby, **DISMISSED**, with prejudice, with each party to bear its own costs, attorney fees and expenses. These seven plaintiffs represent the last of the plaintiffs in the above-captioned and -numbered case and, therefore, this case shall be **CLOSED** after entry of judgment.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**