# In the United States Court of Federal Claims

**No. 07-8 C**

**LARRY S. ANDERSON, ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed February 5, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the claims of plaintiffs, Larry S. Anderson, Donald W. Dempsey, Harry E. Herbert, Jackie T. Norlin, Lyle S. Strauss, Leonard Van Houten and Michael A. Yereance are dismissed with prejudice. Each party shall bear its own costs, attorney fees and expenses.

John S. Buckley
Acting Clerk of Court

**February 6, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.